UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
MOTINO, WENDY V. § Case No. 11-15668
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/R. SCOTT ALSTERDA_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | |  | | |
|---|---|---|---|---|---|
| Case No: | 11-15668 TAB Judge: TIMOTHY A. BARNES | | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | MOTINO, WENDY V. | | | Date Filed (f) or Converted (c): | 04/12/11 (f) |
| | | | | 341(a) Meeting Date: | 05/26/11 |
| For Period Ending: | 10/02/14 | | | Claims Bar Date: | 06/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account w/ Chase Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account w/ Chase Bank | 5.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposit w/ Landlord - $1950.00 - No curre | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household good including: bedroom furniture, kitch | 1,100.00 | 0.00 | | 0.00 | FA |
| 6. Books, pictures, and DVDs | 250.00 | 0.00 | | 0.00 | FA |
| 7. Used Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 8. Misc jewelry and watches | 75.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance Policy w/ Employer - No CSV | 0.00 | 0.00 | | 0.00 | FA |
| 10. 403 (B) w/ Current Employer - 100% Exempt | 4,250.00 | 0.00 | | 0.00 | FA |
| 11. Pension w/ Current Employer - 100% Exempt | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. Personal Injury Lawsuit 2010-M1-300194 against Jas | 50,000.00 | 4,500.00 | | 4,500.00 | FA |
| 13. Potenial Malpractice suit against Bruce L Jorgense | 50,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $116,450.00 | $4,500.00 | | $4,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Debtor had a personal injury case pending in the Circuit Court Cook County. The Trustee recently settled with one defendant for a small amount. The case went to trial, and the jury rendered a verdict against the Debtor.

Initial Projected Date of Final Report (TFR): 12/30/13    Current Projected Date of Final Report (TFR): 10/15/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-15668   TAB   Judge: TIMOTHY A. BARNES | Trustee Name:  R. SCOTT ALSTERDA |
| Case Name: | MOTINO, WENDY V. | Date Filed (f) or Converted (c):  04/12/11 (f) |
| | | 341(a) Meeting Date:  05/26/11 |
| | | Claims Bar Date:  06/06/14 |

/s/   R. SCOTT ALSTERDA
_____   Date: 10/02/14
  R. SCOTT ALSTERDA

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-15668 -TAB | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | MOTINO, WENDY V. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9982 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4470 | | | |
| For Period Ending: | 10/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/14 | 12 | Illinois Farmers Insurance Company<br>Pocatello Service Center<br>2500 South Fifth Avenue<br>Pocatello, ID 83204 | Personal Injury Case 10 M1 300194 | 1142-000 | 4,500.00 | | 4,500.00 |
| 07/23/14 | 030001 | Theisen & Roche, Ltd.<br>c/o Christopher T. Theisen<br>150 N. Upper Wacker Drive<br>Chicago, IL 60606 | Allowed Fees [Dk 60] | 3210-600 | | 1,500.00 | 3,000.00 |
| 07/23/14 | 030002 | Theisen & Roche, Ltd.<br>c/o Christopher T. Theisen<br>150 N. Upper Wacker Drive<br>Chicago, IL 60606 | Allowed Costs [Dkt 60] | 3220-610 | | 2,000.00 | 1,000.00 |

|  | COLUMN TOTALS | 4,500.00 | 3,500.00 | 1,000.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 4,500.00 | 3,500.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 4,500.00 | 3,500.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********9982) | 4,500.00 | 3,500.00 | 1,000.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,500.00 | 3,500.00 | 1,000.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   4,500.00   3,500.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-15668 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | MOTINO, WENDY V. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9982 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4470 | | |
| For Period Ending: | 10/02/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 02, 2014 |
|---|---|---|---|---|---|---|

Case Number:  11-15668  
Debtor Name:  MOTINO, WENDY V.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3210-60 | Theisen & Roche, Ltd.<br>c/o Christopher T. Theisen<br>150 N. Upper Wacker Drive<br>Chicago, IL 60606 | Administrative | | $0.00 | $1,500.00 | $1,500.00 |
| 001<br>3220-61 | Theisen & Roche, Ltd.<br>c/o Christopher T. Theisen<br>150 N. Upper Wacker Drive<br>Chicago, IL 60606 | Administrative | | $0.00 | $2,000.00 | $2,000.00 |
| 001<br>3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,709.50 | $2,709.50 |
| 001<br>3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $0.00 | $61.93 | $61.93 |
| 001<br>2100-00 | R. SCOTT ALSTERDA AS TRUSTEE<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,125.00 | $1,125.00 |
| 001<br>2200-00 | R. SCOTT ALSTERDA AS TRUSTEE<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Administrative | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $653.57 | $653.57 |
| 000002<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $2,642.39 | $2,642.39 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>A-1 Premium Budget<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $364.00 | $364.00 |
| 000004<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to Capital One Bank, N.A.<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $0.00 | $957.94 | $957.94 |
| | Case Totals: | | | $0.00 | $12,014.33 | $12,014.33 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-15668
Case Name: MOTINO, WENDY V.
Trustee Name: R. SCOTT ALSTERDA

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ | $ | $ |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ | $ | $ |
| Other: Theisen & Roche, Ltd. | $ | $ | $ |
| Other: Theisen & Roche, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____
    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000002 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000003 | American InfoSource LP as agent for | $ | $ | $ |
| 000004 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE