UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re  Wendy V. Motino,           )
                                  )
                                  )   Bankruptcy No. _____11-15668_____
                                  )
               Debtor.            )   Chapter              7

COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Ungaretti & Harris LLP_____

Authorized to Provide Professional Services to: _____R. Scott Alsterda, Chapter 7 Trustee_____

Date of Order Authorizing Employment: _____April 22, 2014_____

Period for Which Compensation is Sought:
From _____March 4_____, _2014_ through _____April 30_____, _2014_

Amount of Fees Sought:   $ 2,709.50

Amount of Expense Reimbursement Sought:   $ 61.93

This is an:   Interim Application _____   Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____October 2, 2014_____          _____R. Scott Alsterda_____
                                                      (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WENDY V. MOTINO, | ) | Case No. 11-15668 |
| | ) | Honorable Timothy A. Barnes |
| Debtor. | ) | |
| | ) | |
| | ) | |

**FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and reimbursement of expenses and represents to the Court as follows:

1. Wendy V. Motino (the "Debtor") filed her voluntary petition under Chapter 7 on April 12, 2011.

2. R. Scott Alsterda (the "Trustee") was appointed as the Trustee for the Debtor's estate. The Trustee filed his Initial Report of Assets on March 4, 2014.

3. On April 22, 2014, an order was entered approving the employment of U&H as counsel for the Trustee. A copy of the April 22, 2014 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee (effective as of March 4, 2014) is attached hereto as Exhibit "A."

4. <u>Case Summary</u>. At the time of the Debtor's bankruptcy petition, the Debtor had a personal injury lawsuit pending against two Defendants in the Circuit Court of Cook County, Illinois, Municipal Division, Case No. 2010-M1-300194 (the "Personal Injury Case"). The

Personal Injury Case was in the discovery phase in 2011 and the Trustee reviewed pleadings and transcripts while discussing the liability and damage claims with Chris Theisen, the Debtor's attorney. In 2014, the Trustee negotiated a settlement with one of the Defendants and engaged Mr. Theisen as the Trustee's Special Counsel for the trial with the remaining Defendant. The Personal Injury Case went to trial in June, 2014, however the jury returned a verdict in favor the remaining Defendant. U&H provided services to the Trustee in connection with the Personal Injury Case as hereinafter described.

5. <u>Employment of Counsel</u>. U&H provided 1.40 hours of services to the Trustee with a value of $531.00 related to the Trustee's motion to employ U&H as his bankruptcy counsel in this case. These services included drafting the motion, the declaration and the proposed order, as well as a court appearance for the hearing on the motion.

6. <u>Employment of Special Counsel</u>. U&H provided 2.00 hours of services to the Trustee with a value of $840.00 related to the Trustee's motion to employ Theisen & Roche as special counsel in the case. These services included drafting the motion, the declaration and the proposed order, as well as a court appearance for the hearing on the motion.

7. <u>Settlement of the Personal Injury Case</u>. U&H provided 3.30 hours of services to the Trustee with a value of $1,338.50 in connection with the settlement of the Personal Injury Case with one of the Defendants. These services included drafting the motion, the settlement agreement and the proposed order, as well as a court appearance for the hearing in the motion.

8. <u>Summary of Services</u>. The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Employment of Counsel | 1.40 | $531.00 |
| Employment of Special Counsel | 2.00 | $840.00 |
| Settlement of Personal Injury Case | 3.30 | $1,338.50 |
| **TOTALS** | **6.70** | **$2,709.50** |

9. Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H in chronological order. The statement reflects the legal services rendered, the time expended, the value of the services, and a description of the work performed.

10. The time expended and services rendered by the individual U&H attorneys are summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| R. Scott Alsterda | 2.80 | $515.00 | $1,442.00 |
| Patrick F. Ross | 3.90 | $325.00 | $1,267.50 |
| TOTAL | **9.60** | | **$2,709.50** |

11. Exhibit "B" also includes an itemized statement of the actual expenses incurred by U&H in connection with its representation of the Trustee. These expenses include postage ($28.33), copying at 10 cents per page ($33.60) for a total amount of $61.93.

12. Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

13. At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $2,709.50 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $61.93.

3

DATE: October 2, 2014

Respectfully Submitted

UNGARETTI & HARRIS LLP

/s/ R. Scott Alsterda

Of Counsel:
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL  60602-4283
312-977-9203; 312-977-4405 (Fax)
rsalsterda@uhlaw.com

4