# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| MOTINO, WENDY V. § | Case No. 11-15668 TAB |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, December 10, 2014 in Courtroom 613, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of any order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/19/2014               By: Clerk of the U.S. Bankruptcy Court

*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MOTINO, WENDY V. | § | Case No. 11-15668 TAB |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,500.00 |
| and approved disbursements of | $ | 3,500.00 |
| leaving a balance on hand of[1] | $ | 1,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 1,125.00 | $ 0.00 | $ 288.73 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 2,709.50 | $ 0.00 | $ 695.38 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 61.93 | $ 0.00 | $ 15.89 |
| Other: Theisen & Roche, Ltd. | $ 1,500.00 | $ 1,500.00 | $ 0.00 |
| Other: Theisen & Roche, Ltd. | $ 2,000.00 | $ 2,000.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,000.00 |
| Remaining Balance | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,617.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ 653.57 | $ 0.00 | $ 0.00 |
| 000002 | Quantum3 Group LLC as agent for | $ 2,642.39 | $ 0.00 | $ 0.00 |
| 000003 | American InfoSource LP as agent for | $ 364.00 | $ 0.00 | $ 0.00 |
| 000004 | Portfolio Recovery Associates, LLC | $ 957.94 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

R. SCOTT ALSTERDA
70 WEST MADISON STREET
SUITE 3500
CHICAGO, IL 60602-4283

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-15668-TAB
Wendy V Motino                                                          Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: froman              Page 1 of 2           Date Rcvd: Nov 20, 2014
                              Form ID: pdf006           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2014.
db           +Wendy V Motino,   2613 N. New England Ave.,   Chicago, IL 60707-1732
aty          +Patrick F. Ross,   Ungaretti & Harris LLP,   70 W. Madison Street,   Suite 3500,
               Chicago, IL 60602-4283
aty          +R. Scott Alsterda,   Ungaretti & Harris LLP,   70 W. Madison Street,   Suite 3500,
               Chicago, IL 60602-4283
17124769     +Aa Action Collection,    517 S Livingston Ave,   Livingston, NJ 07039-4349
17124770      Cash in a Wink,   3422 Old Capitol Trail, Suite 1109,   Wilmington, DE 19808-6192
17124771     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17124772     +Citi Financial,   Attention: Bankruptcy Department,   PO Box 140069,   Irving, TX 75014-0069
17124773     +Evelyn Motino,   2613 N New England,   Chicago, IL 60707-1732
17124774     +Gleason and Gleason,   77 W Washington, Ste 1218,   Chicago, IL 60602-3246
17124775     +Hsbc Bank,   ATTN: BANKRUPTCY,   PO BOX 5213,   Carol Stream, IL 60197-5213
17124777      Nationwide Cash Inc,   PO Box 1124,   San Jose, Costa Rica 10102
17124779     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   PO Box 41067,
               Norfolk, VA 23541)
17124778     +Palisades Collection,   Attn: Bankruptcy,   3348 Ridge Rd,   Lansing, IL 60438-3112
17124780     +Richard Snow,   123 W Madison #310,   Chicago, IL 60602-4511
17124782     +Rmcb,   1261 Broadway,   New York, NY 10001-3506
17124783     +Suburban Orthopaedics,   1110 W Schick Rd,   Bartlett, IL 60103-3007
17124785    #+Total Recovery Service,   2417 Spy Run Ave Ste 5,   Fort Wayne, IN 46805-3259
17124787     +Wfnnb/ny&c,   220 W Schrock Rd,   Westerville, OH 43081-2873
17124788     +Wfnnb/roomplace,   Po Box 337003,   Northglenn, CO 80233-7003
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21924041       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2014 12:35:02
               American InfoSource LP as agent for,   A-1 Premium Budget,   PO Box 248838,
               Oklahoma City, OK  73124-8838
17124776      +E-mail/Text: bankruptcy@icsystem.com Nov 21 2014 12:25:16     I C System Inc,   Po Box 64378,
               Saint Paul, MN 55164-0378
21643333       E-mail/Text: bnc-quantum@quantum3group.com Nov 21 2014 12:23:48
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
17124781      +E-mail/Text: rjm@ebn.phinsolutions.com Nov 21 2014 12:23:38     Rjm Acq Llc,
               575 Underhill Blvd Ste 2,   Syosset, NY 11791-3426
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Ungaretti & Harris LLP
22014892*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
               Successor to CAPITAL ONE BANK, N.A.,   (CAPITAL ONE BANK, N.A.),   POB 41067,
               Norfolk VA 23541)
17124784    ##+Sure Advance Loans,   901 N Market Street,   Wilmington, DE 19801-3098
17124786    ##+Wendy V Motino,   5100 W Newport Ave,   Chicago, IL 60641-3443
                                                                                   TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2014                            Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: froman               Page 2 of 2              Date Rcvd: Nov 20, 2014
                              Form ID: pdf006            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2014 at the address(es) listed below:
              Julie M Gleason    on behalf of Debtor Wendy V Motino juliegleasonlaw@gmail.com,
               GleasonGleason@IAmTheWolf.com;gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;meagh
               an@chicagobk.com;troy@ecf.inforuptcy.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    on behalf of Trustee R Scott Alsterda rsalsterda@uhlaw.com,
               ralsterda@ecf.epiqsystems.com
              R Scott Alsterda    rsalsterda@uhlaw.com,  ralsterda@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```