UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
MOTINO, WENDY V. § Case No. 11-15668
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/R. SCOTT ALSTERDA_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| THEISEN & ROCHE, LTD. | | | | | |
| THEISEN & ROCHE, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aa Action Collection 517 S Livingston Ave Livingston, NJ 07039 | | | | | |
| | Cash in a Wink 3422 Old Capitol Trail, Suite 1109 Wilmington, DE 19808-6192 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Financial Attention: Bankruptcy Department PO Box 140069 Irving, TX 75014 | | | | | |
| | Hsbc Bank ATTN: BANKRUPTCY PO BOX 5213 Carol Stream, IL 60197 | | | | | |
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | | | | |
| | Nationwide Cash Inc PO Box 1124 San Jose, Costa Rica 10102 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Portfolio Rc Attn: Bankruptcy PO Box 41067 Norfolk, VA 23541 | | | | | |
| | Representing: Citi Financial | | | | | |
| | Rjm Acq Llc 575 Underhill Blvd Ste 2 Syosset, NY 11791 | | | | | |
| | Rmcb 1261 Broadway New York, NY 10001 | | | | | |
| | Suburban Orthopaedics 1110 W Schick Rd Bartlett, IL 60103 | | | | | |
| | Sure Advance Loans 901 N Market Street Wilmington, DE 19801 | | | | | |
| | Total Recovery Service 2417 Spy Run Ave Ste 5 Fort Wayne, IN 46805 | | | | | |
| | Wfnnb/ny&c 220 W Schrock Rd Westerville, OH 43081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/roomplace Po Box 337003 Northglenn, CO 80233 | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-15668 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | MOTINO, WENDY V. | | | Date Filed (f) or Converted (c): | 04/12/11 (f) |
| | | | | 341(a) Meeting Date: | 05/26/11 |
| For Period Ending: | 12/29/14 | | | Claims Bar Date: | 06/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account w/ Chase Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account w/ Chase Bank | 5.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposit w/ Landlord - $1950.00 - No curre | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household good including: bedroom furniture, kitch | 1,100.00 | 0.00 | | 0.00 | FA |
| 6. Books, pictures, and DVDs | 250.00 | 0.00 | | 0.00 | FA |
| 7. Used Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 8. Misc jewelry and watches | 75.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance Policy w/ Employer - No CSV | 0.00 | 0.00 | | 0.00 | FA |
| 10. 403 (B) w/ Current Employer - 100% Exempt | 4,250.00 | 0.00 | | 0.00 | FA |
| 11. Pension w/ Current Employer - 100% Exempt | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. Personal Injury Lawsuit 2010-M1-300194 against Jas | 50,000.00 | 4,500.00 | | 4,500.00 | FA |
| 13. Potenial Malpractice suit against Bruce L Jorgense | 50,000.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $116,450.00 | $4,500.00 | | $4,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Debtor had a personal injury case pending in the Circuit Court Cook County. The Trustee recently settled with one
defendant for a small amount. The case went to trial, and the jury rendered a verdict against the Debtor.

Initial Projected Date of Final Report (TFR): 12/30/13     Current Projected Date of Final Report (TFR): 10/15/14

LFORM1

Ver: 18.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-15668    TAB    Judge: TIMOTHY A. BARNES | Trustee Name:    R. SCOTT ALSTERDA |
| Case Name: | MOTINO, WENDY V. | Date Filed (f) or Converted (c):  04/12/11 (f) |
| | | 341(a) Meeting Date:  05/26/11 |
| | | Claims Bar Date:  06/06/14 |

/s/   R. SCOTT ALSTERDA
_____  Date: 12/29/14
    R. SCOTT ALSTERDA

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-15668 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | MOTINO, WENDY V. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9982 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4470 | | |
| For Period Ending: | 12/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/14 | 12 | Illinois Farmers Insurance Company<br>Pocatello Service Center<br>2500 South Fifth Avenue<br>Pocatello, ID 83204 | Personal Injury Case 10 M1 300194 | 1142-000 | 4,500.00 | | 4,500.00 |
| 07/23/14 | 030001 | Theisen & Roche, Ltd.<br>c/o Christopher T. Theisen<br>150 N. Upper Wacker Drive<br>Chicago, IL 60606 | Allowed Fees [Dk 60] | 3210-600 | | 1,500.00 | 3,000.00 |
| 07/23/14 | 030002 | Theisen & Roche, Ltd.<br>c/o Christopher T. Theisen<br>150 N. Upper Wacker Drive<br>Chicago, IL 60606 | Allowed Costs [Dkt 60] | 3220-610 | | 2,000.00 | 1,000.00 |
| 12/11/14 | 030003 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 695.38 | 304.62 |
| 12/11/14 | 030004 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 15.89 | 288.73 |
| 12/11/14 | 030005 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 288.73 | 0.00 |

Page Subtotals        4,500.00        4,500.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-15668 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | MOTINO, WENDY V. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9982 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4470 | | |
| For Period Ending: | 12/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,500.00 | 4,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,500.00 | 4,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,500.00 | 4,500.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******9982 | 4,500.00 | 4,500.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,500.00 | 4,500.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*